In the Matter of FRANK T. SAGE et al., Respondents, against THOMAS E. BRODERICK et al., Constituting the Town Board of the Town of Irondequoit, Appellants.

(Argued November 19, 1928; decided November 27, 1928.)

*Clarence P. Moser* for motion.
*John Van Voorhis* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.